UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF07043 (rev 10/2013)

In re:

**Brandy Jo Richardson**,
    Debtor.

Case No. **17–80250–JJG–7A**

## NOTICE OF POSSIBLE ASSETS, ABANDONMENT, AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets and Abandonment of Property was filed on September 11, 2017, by Trustee Lou Ann Marocco.

**NOTICE IS GIVEN** that all scheduled assets will be abandoned from the estate **except** Tax Refunds 2017 and Possible Non Exempt Cash. Any objection to the proposed abandonment of property must be filed with the Court by September 26, 2017. Objections should comply with S.D.Ind. B–9013–1(d) and must be served on the trustee. If no objections are filed, the abandonment of property becomes effective after September 26, 2017.

**NOTICE IS FURTHER GIVEN** that assets, not abandoned from the estate, may be used to pay a dividend to creditors. **Creditors must file a claim by December 13, 2017 in order to share in any distribution from the estate.** Instructions to obtain a proof a claim form or to file electronically can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated:  September 12, 2017

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court